IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN CHEMISTRY COUNCIL, INC., | : |
| Plaintiff, | : Civil Action No. _____ |
| v. | : |
| UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, NATIONAL INSTITUTES OF HEALTH, NATIONAL INSTITUTE OF ENVIRONMENTAL HEALTH SCIENCES, and NATIONAL CANCER INSTITUTE, | : |
| Defendants. | : |

## LCvR 7.1 AND LCvR 26.1 CERTIFICATE OF DISCLOSURE

I, the undersigned, counsel of record for plaintiff American Chemistry Council, Inc. ("ACC"), certify that, to the best of my knowledge and belief, the following are (1) parent companies, subsidiaries or affiliates of ACC and have outstanding securities in the hands of the public, or (2) companies which own at least 10% of the stock of ACC and have outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this court may determine the need for recusal.

Dated:  July 12, 2012

Respectfully submitted,

ARNOLD & PORTER LLP

By: _____

Blake A. Biles
  (D.C. Bar No. 441679)
555 12th Street, N.W.
Washington, D.C.  20004
Telephone:  (202) 942-5000
Facsimile:  (202) 942-5999
E-mail:  blake.biles@aporter.com

Kent A. Yalowitz
(*pro hac vice* application pending)
399 Park Avenue
New York, NY  10022
Telephone: (212) 715-1000
Facsimile: (212) 715-1399
E-mail: kent.yalowitz@aporter.com

*Counsel of Record for Plaintiff
American Chemistry Council, Inc.*