12/11

| AMERICAN CHEMISTRY COUNCIL, INC. | |
|---|---|
| *Plaintiff* | ) |
|  | ) |
| UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al. | ) |
| *Defendant* | ) |

To:  United States Department of Health and Human Services
200 Independence Avenue, S.W.
Washington, D.C. 20201

Blake A. Biles, Esq.
Arnold & Porter LLP
555 12th Street, N.W.
Washington, D.C. 20004
(202) 942-5000

FOIA Summons (12/11) (Page 2)

Civil Action No. _____

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  United States Department of Health and Human Services
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____        _____
                                    *Server's signature*

                             _____
                                    *Printed name and title*


                             _____
                                    *Server's address*

Additional information regarding attempted service, etc: