12/11

AMERICAN CHEMISTRY COUNCIL, INC.

*Plaintiff*                                        )
                                                   )
UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al.   )

*Defendant*                                        )

To:

    National Cancer Institute
    6116 Executive Boulevard
    Suite 300
    Bethesda, MD 20892-8322

    Blake A. Biles, Esq.
    Arnold & Porter LLP
    555 12th Street, N.W.
    Washington, D.C.  20004
    (202) 942-5000

FOIA Summons (12/11) (Page 2)

Civil Action No.

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   National Cancer Institute _____

was received by me on *(date)* _____   .   .

☐ I personally served the summons on the individual at *(place)* _____

_____   on *(date)* _____   ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____   on *(date)* _____   ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: