IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN CHEMISTRY COUNCIL, INC.<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF<br>HEALTH AND HUMAN SERVICES, ET AL.<br><br>Defendant. | Civil Action No. 1:12-cv-01156-JEB |

### AFFIDAVIT OF SERVICE

WALTER SMITH being duly sworn, deposes and says:

1. I am over the age of eighteen and not a party to this action.

2. On August 1st, 2012   I served a true and correct copy of the SUMMONS AND COMPLAINT in the above case by United States Registered Mail upon the United States Department of Health and Human Services, Office of General Counsel, on behalf of National Cancer Institute, 200 Independence Ave., SW, Washington, DC 20201.

Sworn to before me this
20 day of August, 2012.

_____
Notary Public
My Commission Expires Aug 14, 2015

_____
Walter Smith



| SENDER: *COMPLETE THIS SECTION* | *COMPLETE THIS SECTION ON DELIVERY* |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_   ☐ Agent  ☐ Addressee<br>B. Received by (*Printed Name*): Lawrence<br>C. Date of Delivery: 8-16-12 |
| 1. Article Addressed to:<br>U.S. Dept of Health & Human Services<br>Office of General Counsel<br>200 Independence Ave SW<br>Wash DC<br>20201 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered    ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*)   ☐ Yes |
| 2. Article Number (*Transfer from service label*) | 7012 0470 0000 2064 9318   18 |
| PS Form 3811, February 2004 | Domestic Return Receipt   102595-02-M-1540 |