UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN CHEMISTRY COUNCIL, INC. ,<br><br>    **Plaintiff,**<br><br>        v.<br><br>**UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES,** *et al.*,<br><br>    **Defendants.** | Civil Action No. 12-1156 (JEB) |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, the Court ORDERS that:

1. Defendants' Motion to Dismiss is GRANTED IN PART and DENIED IN PART;

2. Counts II and III are DISMISSED; and

3. A status hearing will be held on February 27, 2013, at 9:30 a.m.

IT IS SO ORDERED.

        /s/ James E. Boasberg
        JAMES E. BOASBERG
        United States District Judge

Date: February 13, 2013